IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MR. TERRICK NOONER, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CV360 |
| v. | ) | |
| STATE OF NEBRASKA, QUINN ROBERT EATON, and MS. MARNIE JENSEN, | ) | ORDER |
| Defendants. | ) | |

Marnie Jensen appears as a defendant in this matter. Because of my close friendship with her, I believe I should recuse myself. Accordingly,

IT IS ORDERED that the clerk's office shall randomly assign a new judge to this case and request a reassignment order from the Chief Judge. The chief pro se staff attorney will assist the judge to whom the case is reassigned *if requested to do so*.

DATED this 27th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge